UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
TYRONE GREENE                                    :
                                                 :
                          Plaintiff,    :    **ORDER GRANTING PLAINTIFF**
                                                 :    **LEAVE TO AMEND**
    -against-                                  :    **COMPLAINT**
                                                 :
CITY OF NEW YORK, *et al.*,                      :
                                                 :    24 Civ. 9154 (AKH)
                        Defendants.   :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       At the May 30, 2025 status conference in this case, I granted Plaintiff Tyrone Greene leave to amend his complaint. *See* Fed. R. Civ. P. 15(a)(2).

       SO ORDERED.

Dated:     June 4, 2025                     /s/ Alvin K. Hellerstein
             New York, New York       ALVIN K. HELLERSTEIN
                                         United States District Judge