UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
TYRONE GREENE                                      :
                                                   :
                              Plaintiff,           :   **ORDER**
                                                   :
     -against-                                     :
                                                   :   24 Civ. 9154 (AKH)
CITY OF NEW YORK, *et al.*,                        :
                                                   :
                              Defendants.          :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

Due to Plaintiff's failure to file an amended complaint pursuant to my order at the May 30, 2025 status conference, the conference scheduled for June 27, 2025 is hereby adjourned to Friday, July 11, 2025 at 10:00 a.m.

Plaintiff shall file his Amended Complaint by July 2, 2025. Any further default as to filing an Amended Complaint by this date shall be grounds for dismissal for failure to prosecute.

The parties are hereby ordered to appear for a status conference Friday, July 11, 2025 at 10:00 a.m., which will be held via the following call-in number:

**Call-in number: 646-453-4442**

**Access code: 590 968 644#**

To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call 10 minutes prior to the start of the conference.

By July 8, 2025, at 12:00 p.m., the parties shall file, via ECF, an updated amended civil case management plan. A fillable blank template of the Court's civil case management plan is available on the Court's webpage.

Finally, by July 8, 2025, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov), a list of all counsel expected to appear on the record at the conference, along with their contact information.

SO ORDERED.

Dated: June 22, 2025
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge