THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**JONATHAN HUTCHINSON**
*Senior Counsel*
Tel.: (212) 356-2410
Fax: (212) 356-3509
jhutchin@law.nyc.gov

August 13, 2026

**So ordered. The parties shall inform the Court by joint letter when Plaintiff's deposition has been taken and provide periodic updates as appropriate. A new date for the case management conference will be set after the deposition is completed.**

**/s/ Alvin K. Hellerstein**
**U.S.D.J.**
**August 13, 2026**

**VIA ECF**
Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Tyrone Greene v. The City of New York et. al.,
24 Civ. 9154 (AKH)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendants the City of New York, New York City Department of Correction, and New York City Police Department ("defendants") in the above-referenced matter. Defendants write jointly with plaintiff to respectfully request: (1) a stay of the proceedings until such time that the deposition of plaintiff can be taken during regular business hours; (2) a sixty (60) day extension of the deadline to complete fact discovery, from August 17, 2026 until sixty (60) days following the lifting of the requested stay, and (3) an adjournment of the Case Management Conference currently scheduled for September 4, 2026 to a date convenient to the Court following the close of discovery. This is the parties' fourth request for an extension of discovery and the parties' first request for a stay.

By way of background, on May 26, 2026, the Court granted the parties' request to extend the deadline to complete discovery, to August 17, 2026. See ECF No. 42. Since that time, the parties have continued to explore settlement and have served written responses to discovery demands, but additional time is needed, *inter alia*, for plaintiff to produce releases and documents in response to defendants' discovery demands and for the parties to complete depositions, including that of plaintiff.

While defendants noticed plaintiff's deposition on November 10, 2025, defendants have been unable to schedule that deposition due to plaintiff's changes in custody status. Since the

Court's Order extending discovery on May 26, 2026, plaintiff has been transferred between four different state and federal correctional facilities. On July 17, 2026, the parties learned that plaintiff has been transferred to the Federal Correctional Institution at Fort Dix, New Jersey, with an expected release date of September 10, 2027. Upon information and belief, the facility cannot accommodate depositions of its inmates except during narrowly circumscribed periods, on weekends and federal holidays. Fort Dix only permits in-person depositions to be taken between 8:30 a.m. and 3:00 p.m. on those days, likely necessitating a deposition that spans two separate dates.

Given Fort Dix's inability to facilitate the deposition of plaintiff during regular business hours, the parties respectfully request that the Court stay this action until such time that plaintiff is released or transferred out of that facility. Upon information and belief, plaintiff's federal release date is September 10, 2027. There is a significant possibility that plaintiff will be transferred to another facility well before that date, as Fort Dix is his third facility in the last three months. Additionally, the requested extension of the deadline to complete fact discovery would allow the parties to arrange to take any remaining depositions and complete document discovery following the lifting of the stay. With the Court's approval, the parties are prepared to provide the Court with periodic updates as to plaintiff's custody status, until such time that he has been released or transferred.

For the foregoing reasons, the parties jointly respectfully request: (1) a stay of the proceedings until such time that the deposition of plaintiff can be taken during regular business hours, (2) a sixty (60) day extension of the deadline to complete fact discovery, from August 17, 2026 until sixty (60) days following the lifting of the requested stay, and (3) an adjournment of the Case Management Conference currently scheduled for September 4, 2026 to a date convenient to the Court following the close of discovery.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Jonathan Hutchinson
Jonathan Hutchinson
*Senior Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
Courtney Davy, Esq.
*Attorney for Plaintiff*